**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nicolas BARAJAS–TRUJILLO, a/k/a**
**Nicolas Gomez–Antunez,**
**Defendant–Appellant.**

No. 08–50219.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Oct. 9, 2009.

Sheri Pym, Office of the U.S. Attorney, Riverside, CA, Michael J. Raphael, Es-

quire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

James H. Locklin, Esquire, Assistant Federal Public Defender, Moina C. Shiv, Esquire, FPDCA – Federal Public Defender's Office, Riverside, los Angeles, CA, Nicolas Barajas-Trujillo, California City, CA, for Defendant–Appellant.

Before SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Nicolas Barajas–Trujillo appeals from his guilty-plea conviction and 46–month sentence for being an illegal alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Barajas–Trujillo's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

In accordance with *United States v. Rivera–Sanchez*, 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the incorrect reference to 8 U.S.C. § 1326(b). *See United States v. Herrera–Blanco*, 232 F.3d 715, 719 (9th Cir.2000) (remanding sua sponte to delete the reference to § 1326(b)).

**AFFIRMED; REMANDED to correct judgment.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.